No. 72. SMITH v. CALIFORNIA. Certiorari, 373 U. S. 901, to the Appellate Department, Superior Court of California, County of Los Angeles. The motion of the petitioner to dispense with printing the record is granted. *Stanley Fleishman* for petitioner. *Roger Arnebergh, Philip E. Grey* and *Wm. E. Doran* for respondent.

No. 81. NATIONAL EQUIPMENT RENTAL, LTD., v. SZUKHENT ET AL. Certiorari, 372 U. S. 974, to the United States Court of Appeals for the Second Circuit. The motion of the Bankers Trust Co. et al. for leave to file a brief, as *amici curiae*, is granted. *David Hartfield, Jr., Allen F. Maulsby, Merrell E. Clark, Jr.* and *Henry L. King* on the motion.

No. 82. ITALIA SOCIETA PER AZIONI DI NAVIGAZIONE v. OREGON STEVEDORING CO., INC. Certiorari, 372 U. S. 963, to the United States Court of Appeals for the Ninth Circuit. The motion of the American Merchant Marine Institute, Inc., et al. for leave to file a brief, as *amici curiae*, is granted. *J. Ward O'Neill, Charles B. Howard, Scott H. Elder* and *J. Stewart Harrison* on the motion.

No. 107. UNITED STATES v. BARNETT ET AL. On certificate from the United States Court of Appeals for the Fifth Circuit. The motion of the American Civil Liberties Union for leave to file a brief, as *amicus curiae*, is granted. *Osmond K. Fraenkel, Norman Dorsen* and *Melvin L. Wulf* on the motion.

No. 209. STONER v. CALIFORNIA. Certiorari, 374 U. S. 826, to the District Court of Appeal of California, Second Appellate District. The motion for the appointment of counsel is granted and it is ordered that *William H. Dempsey, Jr., Esquire,* of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.